

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FILED
APPENDIX G
JUN 2 8 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Cottman Transmission Systems, LLC :
:
V. :
: Civil Action
Richard Hoover and : No. 12-3631
Countyline Transmission, LLC :
:

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, <u>Cottman Transmission Systems, LLC</u>, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

<u>American Driveline Systems, Inc.</u>
_____
_____
_____

<u>6-27-12</u>                    _____[signature]_____
Date                                Signature

Counsel for: <u>Cottman Transmission Systems, LLC</u>

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
   (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
   (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
      (1)   file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
      (2)   promptly file a supplemental statement upon any change in the information that the statement requires.