# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

COTTMAN TRANSMISSION             :
SYSTEMS, LLC                     :
       V.                :
                       :  Civil Action
                       :  No: 12-cv-03631
RICHARD HOOVER and               :
COUNTYLINE TRANSMISSION, LLC     :

## DISCLOSURE STATEMENT FORM

**Please check one box:**

☒      The nongovernmental corporate party, Countyline Transmission, LLC
, in the above listed civil action does not have any parent corporation and
publicly held corporation that owns 10% or more of its stock.

☐      The nongovernmental corporate party, _____
, in the above listed civil action has the following parent corporation(s) and
publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

_____

_____

July 13, 2012                 *[signature]*
_____               _____
    Date                             Signature

           Counsel for:   Defendants
                           _____

## Federal Rule of Civil Procedure 7.1 Disclosure Statement

    (a)    WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file
         two copies of a disclosure statement that:

        (1)     identifies any parent corporation and any publicly held corporation
              owning10% or more of its stock; or

        (2)     states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:

        (1)     file the disclosure statement with its first appearance, pleading,
              petition, motion, response, or other request addressed to the court;
              and

        (2)     promptly file a supplemental statement if any required information
              changes.