UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COTTMAN TRANSMISSION SYSTEMS, LLC<br>　　　　　　　　　　　Plaintiff, | Civil Action |
| vs. | Civil Action No. 12-3631 |
| RICHARD HOOVER<br>and COUNTYLINE TRANSMISSION, LLC,<br>　　　　　　　　　　　Defendants. | |

## STIPULATED CONSENT ORDER

The parties stipulate and agree that the following is entered as a Stipulated Consent Order:

Until further order of the Court, Defendants, and Defendants' officers, agents, servants, employees, and other persons who are in active concert or participation with such persons or entities, will refrain from engaging, directly or indirectly, in any business the same as, similar to or in competition with a Cottman Transmission Center within ten (10) miles of 3166 Tampa Road, Oldsmar, FL 34677, or within three (3) miles of any other Cottman Transmission Center. This Stipulated Consent Order is a compromise and shall never be treated as an admission of liability for any purpose whatsoever. Plaintiff's pending Motion for a Preliminary Injunction is DENIED, without prejudice.

PLAINTIFF
BY: _____
William B. Jameson, Esquire
Attorney ID No.: 58949
Cottman Transmission Systems, LLC
201 Gibraltar Road
Horsham, PA 19044

DEFENDANTS
_____
Richard Hoover, individually

_____
Richard Hoover, Member
Countyline Transmission, LLC

ORDER

AND NOW, this 17th day of July, 2012, the Stipulation set forth above is APPROVED and entered as an ORDER of the Court.

_____
The Hon. Cynthia M. Rufe