IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COTTMAN TRANSMISSION SYSTEMS, LLC : | |
|     Plaintiff, : | |
|     v. : | No. 2:12-cv-03631-CMR |
| RICHARD HOOVER : | |
|     and : | |
| COUNTYLINE TRANSMISSION, LLC : | |
|     Defendants. : | |

**STIPULATION OF TIME TO EXTEND ANSWER TO COUNTERCLAIM**

The parties stipulate to extend the time for the Plaintiff to answer or otherwise respond to the Defendants' counter claim.  The current deadline is Friday, October 19, 2012.  The parties stipulate to extend that deadline to December 21, 2012.  The parties have agreed to this extension to provide the time necessary for them to determine whether they will be able to settle their dispute through private mediation without the need to proceed with litigation.

RESPECTFULLY SUBMITTED this 19th day of October, 2012.

| | |
|---|---|
| **COTTMAN TRANSMISSION SYSTEMS, LLC** | **CHERNOW KAPUSTIN, LLC** |
| By: /s/William B. Jameson | By: /s/Harris J. Chernow |
|   William B. Jameson (PA #58949) |   Steve Kapustin, Esq. |
|   General Counsel |   Harris Chernow, Esq. |
|   201 Gibraltar Rd. |   721 Dresher Road, Suite 1100 |
|   Horsham, PA 19044 |   Horsham, PA 19044 |
|   Ph: (215) 643-5885 |   Ph (215) 659-3600 |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |