IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COTTMAN TRANSMISSION SYSTEMS, LLC<br>　　Plaintiff,<br>v.<br>RICHARD HOOVER<br>　　and<br>COUNTYLINE TRANSMISSION, LLC<br>　　Defendants. | No. 2:12-cv-03631-CMR |

## STIPULATED ORDER TO EXTEND TIME TO ANSWER TO COUNTERCLAIM

The parties stipulate to extend the time for the Plaintiff to answer or otherwise respond to the Defendants' counter claim. The current deadline is Friday, December 21, 2012. The parties stipulate to extend that deadline to February 5, 2013. The parties have agreed to this extension to provide the time necessary for them to determine whether they will be able to settle their dispute through private mediation without the need to proceed with litigation.

RESPECTFULLY SUBMITTED this 5th day of December, 2012.

COTTMAN TRANSMISSION
SYSTEMS, LLC

By: _____
William B. Jameson (PA #58949)
General Counsel
201 Gibraltar Rd
Horsham, PA 19044
Ph: (215) 643-5885

**ATTORNEY FOR PLAINTIFF**

CHERNOW KAPUSTIN, LLC

By: _____
Harris Chernow, Esq.
721 Dresher Road, Suite 1100
Horsham, PA 19044
Ph (215) 659-3600

**ATTORNEY FOR DEFENDANTS**

IT IS SO ORDERED this 5th of December, 2012:

_____
Cynthia M. Rufe, J.